**JS-6**

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA CISNEROS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07639-SPG-JC<br><br>*Assigned to the Hon. District Judge Sherilyn Peace Garnett in Courtroom 5C*<br><br>*Magistrate Judge Jacqueline Chooljian in Courtroom 750*<br><br>**ORDER REGARDING STIPULATION AND ORDER OF DISMISSAL**<br><br>Lawsuit Filed: October 19, 2022<br>Trial Date: November 19, 2024 |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Stipulation for Dismissal is approved. The entire above-captioned action be dismissed with prejudice in accordance with the terms and conditions of the written Settlement Agreement entered into between the Parties.

Upon the Order of the Court and upon such terms and conditions as the Court

1  deems proper, the District Court retains jurisdiction to enforce and require
2  compliance with the terms of the Settlement Agreement.
3
4
5  Dated: September 26, 2023    By: _____
                                    Honorable Judge Sherilyn Peace Garnett
6                                   Judge of the United States District Court

- 2 -
**ORDER**